UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TERENCE BUTLER VIDOVIC, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:23-CV-00731-SDJ-AGD |
| v. | § § | |
| CITY OF CARROLLTON, TEXAS, ET AL., | § § § § | |
| Defendants. | | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 9, 2024, the Magistrate Judge entered a Report, (Dkt. #34), recommending that Defendants' Motions to Dismiss be granted and that Plaintiff's case be dismissed without prejudice. On September 20, 2024, Plaintiff filed objections to the Report (Dkt. #36).

Having received the Report of the Magistrate Judge, considered Plaintiff's objections, (Dkt. #36), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' Motions to Dismiss (Dkt. #23; Dkt. #26; Dkt. #27) are **GRANTED**. It is further **ORDERED** that Defendants' original Motions to Dismiss (Dkt. #11; Dkt. #12) and Motion to Strike (Dkt. #14) are **DENIED**

- 2 -

AS MOOT. It is finally **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 24th day of September, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE